IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Phillips Screw Company, | § § § | 04 10540 RGS |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. _____ |
| Olympic Manufacturing Group, Inc., | § § § § | (Jury Trial Demanded) |
| Defendant. | § § | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of LR, D. Mass., Plaintiff Phillips Screw Company hereby states that it has no parent corporation and there is no publicly held company that owns 10% or more of the Plaintiff's stock.

By: _____

Raymond P. Ausrotas (BBO # 640315)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
Telephone: (617) 720-2626
Facsimile: (617) 227-5777

As Counsel for Plaintiff
Phillips Screw Company

Dated: March 17, 2004