UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Phillips Screw Company, | § § § | |
| Plaintiff, | § § | Civil Action No. 04 10540 RGS |
| v. | § § | |
| Olympic Manufacturing Group, Inc., | § § § | |
| Defendant. | § § | |

## NOTICE OF APPEARANCE

Pursuant to United States District Court Local Rule 83.5.2 and Local Rule 5.1(a)(1), please enter the appearance of Raymond P. Ausrotas, on behalf of the Plaintiff, Phillips Screw Company in the above-captioned action.

Respectfully Submitted,

_____
Raymond P. Ausrotas
Christopher Weld, Jr.
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
Telephone: (617) 720-2626
Facsimile: (617) 227-5777

Date: March 19, 2004