# UNITED STATES DISTRICT COURT

_____  District of  _____

Phillips Screw Company

**SUMMONS IN A CIVIL CASE**

V.

Olympic Manufacturing Group, Inc.

CASE NUMBER: 04 10540 RGS

TO: (Name and address of Defendant)

Olympic Manufacturing Group, Inc.
153 Bowles Road
Agawam, MA 01001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher Weld, Jr., Esq.
Todd & Weld
28 State Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    MAR 17 2004
**CLERK**                                          DATE

_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6-17-2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Thomas L Savage | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the ~~third party~~ defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By Delivering in Hand To Yvelle Conception of C-T Corp Registered Agents For Olympic Manufacturing Group Inc. At Her Last And Usual Place of Employ. T. Wit, 101 Federal St Boston, Mass.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6-17-2004
                     Date

Signature of Server

427 Neck St Weymouth Mass
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.