UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHILLIPS SCREW COMPANY, )
    Plaintiff, )
)
v. )
)
OLYMPIC MANUFACTURING )
GROUP, INC., )
    Defendants. )

Civil Action
No. 04 CV 10540 RGS

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of this firm and the undersigned, Kevin S. Murphy, and Michael S. Bonner as Counsel for Olympic Manufacturing Group, Inc.

Kevin S. Murphy (BBO# 638335)

Michael S. Bonner (BBO# 637933)

YURKO & SALVESEN, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108
(617) 723-6900

Dated: July 15, 2004