UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILLIPS SCREW COMPANY,<br>    Plaintiff,<br><br>v.<br><br>OLYMPIC MANUFACTURING<br>GROUP, INC.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action<br>)   No. 04 CV 10540 RGS<br>) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Olympic Manufacturing Group, Inc., states that it is a subsidiary of Handy & Harman (a New York corporation), 555 Theodore Fremd Ave., Rye, NY 10580, which is in turn owned by WHX Corporation (NYSE: WHX) (a Delaware corporation), 110 East 59th Street, New York, NY 10022.

                                            The Defendant
                                            OLYMPIC MANUFACTURING COMPANY, INC.
                                            By its attorney,

                                            _____
                                            Kevin S. Murphy (BBO #638335)
                                            YURKO & SALVESEN, P.C.
                                            One Washington Mall, 11th Floor
                                            Boston, MA 02108
                                            (617) 723-6900

July 15, 2004

## CERTIFICATION

I hereby certify that a true copy of the foregoing was served this 15th day of July, 2004, by first class United States mail, to the following counsel of record:

>Christopher Weld, Jr., Esq.
>Raymond P. Ausrotas, Esq.
>TODD & WELD
>28 State Street
>Boston, Massachusetts 02109

>Charles W. Saber
>Donald A. Gregory
>Peter A. Veytsman
>DICKSTEIN SHAPIRO MORIN
>& OSHINSKY LLP
>2101 L Street NW
>Washington, D.C. 20037-1526

*/s/ Kevin S. Murphy*
Kevin S. Murphy, Esq.