UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILLIPS SCREW COMPANY,  )<br>    Plaintiff,  )<br>    )<br>v.  )<br>    )<br>OLYMPIC MANUFACTURING  )<br>GROUP, INC.,  )<br>    Defendants.  )<br>_____ ) | Civil Action<br>No. 04 CV 10540 RGS |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Olympic Manufacturing Group, Inc. ("Olympic"), and the undersigned attorney, shareholder of the law firm of Yurko & Salvesen PC, hereby move that Guy D. Yale, Esq. and Thomas J. Menard, Esq. be admitted to represent Olympic before this Court in this matter. Original certificates required by Local Rule 83.5.3(b) are appended hereto.

1. In support of this motion, the undersigned, a member of the bar of this Court, represents the Defendant in the above-captioned matter.

2. Guy D. Yale, Esq., and Thomas J. Menard, Esq., both of Alix, Yale & Ristas, LLP, 750 Main Street, Hartford, Connecticut, have assisted in the representation of the Defendants in this matter and have and do represent the Defendant in other matters.

3. As stated in his Certificate of Good Standing submitted herewith, Mr. Yale is a member in good standing of the Connecticut Bar and the bars of several federal courts. There are no disciplinary actions pending against him in any jurisdiction and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.      As stated in his Certificate of Good Standing submitted herewith, Mr. Menard is a member in good standing of the Connecticut Bar and the bars of several federal courts. There are no disciplinary actions pending against him in any jurisdiction and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, it is respectfully requested that this Court permit Guy D. Yale, Esq. and Thomas J. Menard, Esq. to appear *pro hac vice* for the purpose of representing the Defendants before this Court in this matter.

Respectfully submitted,

_____
Kevin S. Murphy (BBO #638335)
YURKO & SALVESEN, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108
(617) 723-6900


The Defendant
OLYMPIC MANUFACTURING COMPANY, INC.
By its attorney,

_____
Kevin S. Murphy (BBO #638335)
YURKO & SALVESEN, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108
(617) 723-6900

July 15, 2004

## CERTIFICATION

I hereby certify that a true copy of the foregoing was served this 15th day of July, 2004, by first class United States mail, to the following counsel of record:

Christopher Weld, Jr., Esq.
Raymond P. Ausrotas, Esq.
TODD & WELD
28 State Street
Boston, Massachusetts 02109

Charles W. Saber
Donald A. Gregory
Peter A. Veytsman
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street NW
Washington, D.C. 20037-1526

Kevin S. Murphy, Esq.

3