IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Phillips Screw Company, § § § Plaintiff, § § v. § Olympic Manufacturing Group, Inc., § § § Defendant. § | | Civil Action No. 04 CV 10540 RGS<br><br>(Jury Trial Demanded) |

## PLAINTIFF'S REPLY TO DEFENDANT'S ANSWER AND COUNTERCLAIM

Plaintiff Phillips Screw Company ("Phillips") replies to Defendant Olympic Manufacturing Group, Inc.'s ("OMG") Answer and Counterclaim as follows:

1. Phillips denies the allegations of OMG's First, Second and Third Affirmative Defenses and maintains the allegations of its Complaint to which OMG asserted denial.

2. Phillips admits the allegations set forth in paragraphs 22 through 25 of OMG's Counterclaim.

3. Phillips denies the allegations set forth in paragraphs 26 through 29 of OMG's Counterclaim and maintains the allegations of its Complaint.

## AFFIRMATIVE DEFENSES

1. OMG's Counterclaim fails to state a claim upon which relief can be granted.

2. OMG is not entitled to relief as it has infringed, induced infringement of and/or contributorily infringed, and continues to infringe, induce infringement of and/or contributorily infringe U.S. Patent No. 6,666,638.

3. OMG is not entitled to relief as each claim of U.S. Patent No. 6,666,638 is not invalid and/or is not unenforceable.

Dated: August 4, 2004

OF COUNSEL:

Charles W. Saber
Donald A. Gregory
Peter A. Veytsman
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street NW
Washington, D.C. 20037-1526
Telephone: (202) 861-9116
Facsimile: (202) 887-0689

Respectfully Submitted,

By: _____

Christopher Weld, Jr. (BBO # 522230)
Raymond P. Ausrotas (BBO # 640315)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
Telephone: (617) 720-2626
Facsimile: (617) 227-5777

Counsel for Plaintiff
Phillips Screw Company

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 8·4·04

2

1804540 v1; 12_#40!!.DOC