IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Phillips Screw Company, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 04 CV 10540 RGS |
| Olympic Manufacturing Group, Inc., | § § § | (Jury Trial Demanded) |
| Defendant. | § § | |

## JOINT STATEMENT AND PROPOSED PRETRIAL SCHEDULE

The parties, having satisfied their obligations under Fed. R. Civ. P. 26(f) and LR 16.1, and having agreed upon a Proposed Pretrial Schedule, submit the following for the review of the Court.

### AGENDA OF MATTERS TO BE DISCUSSED AT THE SCHEDULING CONFERENCE

1. Proposed Scheduling Order.

2. Proposed Protective Order.

3. Timing of Alternative Dispute Resolution.

4. Settlement Proposal

### PROPOSED DISCOVERY PLAN AND SCHEDULE

1. **Pre-Discovery Disclosures.** The parties will exchange by September 10, 2004, the information required by Fed. R. Civ. P. 26(a)(1).

2. **Amendments to the Pleadings.** All motions to amend the pleadings shall be filed on or before December 31, 2004.

3. **Discovery.**

(a) All fact discovery shall be commenced so as to be completed by February 28, 2005.

(b) Maximum of ten (10) non-expert depositions per side. Deposition of experts, in addition to the non-expert depositions, shall be permitted.

(c) Reports from retained experts required by Fed. R. Civ. P. 26 (a)(2) on issues where a party bears the burden of proof shall be served on March 31, 2005. Responsive expert reports shall be served on April 29, 2005.

(d) Any party desiring to depose an expert witness shall notice and complete said deposition no later than May 27, 2005, unless otherwise agreed by the parties.

(e) Discovery Disputes. Any discovery dispute shall be submitted to the Court pursuant to Fed. R. Civ. P. 37 and Local Rule of Civil Procedure 37.1.

4. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served by October 21, 2005. Responses to case dispositive motions shall be served by November 18, 2005.

5. **Applications by Motion.** Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Massachusetts.

6. **Final Pretrial Conference**. A Final Pretrial Conference will be held on January 9, 2006, or as convenient for the Court. The Federal Rules of Civil Procedure and the Local Rules of Civil Procedure for the United States District Court for the District of Massachusetts shall govern the pretrial conference.

7. **Claim Construction Hearing and Briefing**. The parties shall simultaneously serve and file opening Markman claim construction briefs on June 20, 2005. The Parties shall serve and file responsive Markman claim construction briefs on July 11, 2005. A Markman Hearing on claim construction will be held on August 1, 2005, or as convenient for the Court.

8. **Other Matters**. The parties believe that a Protective Order will facilitate discovery and trial proceedings in this matter, and will submit a Proposed Protective Order for the Court's review. Pursuant to LR 16.1(c), counsel for the parties have engaged in preliminary talks concerning the settlement of this matter; no resolution has yet been reached. The parties agree that submission to alternative dispute resolution may be appropriate at some later time, but not at present. The parties do not agree to having this case tried by a Magistrate judge.

Dated: August 25, 2004

_Kevin S. Murphy / RPA by permission_
Kevin S. Murphy (BBO # 638335)
YURKO & SALVESEN, P.C.
One Washington Mall, 11th Floor
Boston, Massachusetts 02108-2603
Telephone: (617) 723-6900
Facsimile: (617) 723-6905

_[signature]_
Christopher Weld, Jr. (BBO # 522230)
Raymond P. Ausrotas (BBO # 640315)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
Telephone: (617) 720-2626
Facsimile: (617) 227-5777

| | |
|---|---|
| Guy D. Yale<br>Thomas J. Menard<br>ALIX, YALE & RISTAS, LLP<br>750 Main Street<br>Hartford, CT 06103<br>Telephone: (860) 527-9211<br>Facsimile: (860) 527-5029<br><br>Attorneys for Defendant Olympic<br>Manufacturing Group, Inc. | Charles W. Saber<br>Donald A. Gregory<br>Peter A. Veytsman<br>DICKSTEIN SHAPIRO MORIN<br>  & OSHINSKY LLP<br>2101 L Street, N.W.<br>Washington, D.C. 20037-1526<br>Telephone: (202) 861-9116<br>Facsimile: (202) 887-0689<br><br>Attorneys for Plaintiff Phillips Screw<br>Company |

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 8-25-04

Certification Pursuant to Local Rule 16.1(D)(3)

Plaintiff Phillips Screw Company and its counsel hereby certify that they have conferred (a) with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____          _____
Charles W. Saber, Counsel for Plaintiff    Gary M. Sable, Authorized Representative for
                                           Phillips Screw Company

1811859 v1; 12%0V01! DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILLIPS SCREW COMPANY,<br><br>Plaintiff<br><br>v.<br><br>OLYMPIC MANUFACTURING GROUP, INC.,<br><br>Defendant. | Civil Action<br>No. 04 CV 10540 RGS |

### DEFENDANT OLYMPIC MANUFACTURING GROUP, INC.'S
### LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), the undersigned hereby certifies that he has conferred with Defendant Olympic Manufacturing Group, Inc. (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

_____
Hubert T. McGovern
Senior Vice President and General Manager
Olympic Manufacturing Group, Inc.

_____
Guy D. Yale
ALIX, YALE & RISTAS, LLP
750 Main Street, 14th Floor
Hartford, CT 06103-2721
(860) 527-9211 Tel.
(860) 527-5029 Fax

Date: Aug 24, 2004