UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Phillips Screw Company, | § § § | |
| Plaintiff, | § § | Civil Action No. 04 CV 10540 RGS |
| v. | § § | |
| Olympic Manufacturing Group, Inc., | § § | (Jury Trial Demanded) |
| Defendant. | § § | |

**PLAINTIFF'S ASSENTED-TO-MOTION TO ADMIT CHARLES W. SABER AND DONALD A. GREGORY *PRO HAC VICE***

Plaintiff Phillips Screw Company ("Phillips"), through the undersigned counsel, moves this Court to admit Charles W. Saber and Donald A. Gregory to practice *pro hac vice* for purposes of the above-captioned matter pursuant to Local Rule 83.5.3(b). As grounds for this motion, Phillips states:

1. The undersigned counsel are associated with the law firm of Todd & Weld LLP and are members in good standing of the Bar of the United States District Court for the District of Massachusetts.

2. Charles W. Saber is an attorney with the law firm of Dickstein Shapiro Morin and Oshinsky, LLP of Washington, DC and with counsel from Todd & Weld LLP represents Plaintiff in this action. Donald A. Gregory is an attorney with the law firm of Dickstein Shapiro Morin and Oshinsky, LLP, of Washington, DC and with counsel from Todd & Weld LLP represents Plaintiff in this action.

3. As shown by their affidavits attached hereto as Exhibits A and B (i) Attorneys Saber and Gregory are members in good standing in every jurisdiction where they have been admitted to practice, (ii) there are no disciplinary proceedings pending

against any of them as members of the bar in any jurisdiction, and (iii) they are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. The undersigned will serve as local counsel to Attorneys Saber and Gregory for Plaintiff in this matter.

5. The Defendants have assented to the motion.

Wherefore, Plaintiff Phillips respectfully requests an Order admitting Attorneys Saber and Gregory to practice in this action *pro hac vice*.

Respectfully submitted,

PHILLIPS SCREW COMPANY,
By it attorneys,

Christopher Weld, Jr. (BBO # 522230)
Raymond P. Ausrotas (BBO # 640315)
TODD & WELD LLP
28 State Street
Boston, MA 02109
Tel. No. (617) 720-2626

DATED:    August 25, 2004

## CERTIFICATE OF SERVICE

I, Raymond P. Ausrotas, hereby certify that on this 25th day of August, 2004, I caused a copy of Plaintiff's Assented-to-Motion to Admit Charles W. Saber and Donald A. Gregory *Pro Hac Vice* to be served by First Class Mail and by electronic means in accordance with Court procedure on counsel for Defendant.

Raymond P. Ausrotas