UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Phillips Screw Company, | § § § | |
| Plaintiff, | § § | Civil Action No. 04 CV 10540 RGS |
| v. | § § | |
| Olympic Manufacturing Group, Inc., | § § | (Jury Trial Demanded) |
| Defendant. | § § | |

## AFFIDAVIT OF CHARLES W. SABER, ESQUIRE

I, Charles W. Saber, Esquire, being duly sworn, depose and say as follows:

1. I am over the age of eighteen (18), and I am competent to be a witness and I have personal knowledge of the facts and matters stated herein.

2. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice, including the United States District Court for the District of Columbia.

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction where I have been admitted to practice or in any other jurisdiction.

4. I have read and am familiar with the local rules of this Court.

SIGNED UNDER THE PENALTIES OF PERJURY ON THIS 10th DAY OF AUGUST 2004.

_____
Charles W. Saber