UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-10540-RGS

PHILLIPS SCREW COMPANY

v.

OLYMPIC MANUFACTURING GROUP, INC.

<u>SPECIAL ORDER ON
PATENT LITIGATION</u>

September 1, 2004

STEARNS, D.J.

Plaintiff Phillips Screw Company will, on or before September 30, 2004, serve on defendant Olympic Manufacturing Group, Inc., with a copy provided to the court, a statement (1) identifying with specificity where each element of each asserted claim of the '638 patent is to be found in the accused device(s), (2) providing a concise description of the information on which it relied in advancing each of its infringement contentions, and (3) ranking in order of importance the infringement claims that it intends to litigate.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE