IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Phillips Screw Company, | § § § | |
| Plaintiff, | § § | Civil Action No. 04 CV 10540 RGS |
| v. | § § | |
| Olympic Manufacturing Group, Inc., | § § | (Jury Trial Demanded) |
| Defendant. | § § | |

**PLAINTIFF'S COURT-ORDERED STATEMENT IN PATENT LITIGATION**

In accordance with the Court's Special Order on Patent Litigation dated September 1, 2004, Plaintiff Phillips Screw Company ("Phillips") submits the following statement to Defendant Olympic Manufacturing Group, Inc. ("OMG"), with a copy provided to the Court.

BACKGROUND

Phillips brought this action to enforce U.S. Patent No. 6,666,638 (the "'638 patent"), which relates to a screw for use with alternative wood materials, also known as composite lumber. Alternative wood materials offer many advantages over natural wood; they are often stronger and more durable. Alternative wood materials may be made, for example, by blending recycled plastic resins with sawdust and extruding the blended

mixture into standard lumber sections. Such materials are being used more and more in the construction industry to build outdoor decks and similar structures.

Pieces of alternative wood materials are typically secured with screws. A problem encountered when attempting to secure such materials with conventional screws is that insertion of conventional screws can cause remnants or shavings to be extruded onto the surface of the alternative wood material. Such remnants are, of course, undesirable on a surface of an outdoor deck. What must follow is sanding of the wood materials to remove the remnants. In the alternative, holes may have to be pre-drilled in the wood material prior to insertion of conventional screws to avoid formation of the remnants. Pre-drilling and/or sanding are time consuming processes and are undesirable in construction.

The invention of the '638 patent provides a novel screw design that solves these problems. An embodiment of the screw is shown in Figure 7 of the '638 patent, and is reproduced below. This, of course, is merely an example of the invention and in no way serves to limit the claims of the invention. The screw has a first threaded section that is represented by numeral 250, and a second threaded section 260. Each of the threaded sections has a thread pitch, which is generally defined as the distance from one crest of the thread to the next crest of the thread. In Figure 7, the pitch of the first threaded section is represented by numeral 258, and the pitch of the second threaded section by numeral 268. The threads of the first and second threaded sections also have different thread angles, represented by numerals 251 and 261 in Figure 7. The thread angle is the angle formed by two sides (or thread profiles) at the crest of a common thread.



FIG. 7

In use, the unique design of the screw works to pull remnants or other extruded material into the alternative wood material, leaving a smooth top surface on the alternative wood material. The screw of the '638 patent eliminates the need for pre-drilling of holes prior to installation of the screw, or the need for sanding the wood material after the screw has been inserted.

1824865 v1; 1342P01!.DOC

## I. INFRINGEMENT OF THE '638 PATENT

To Phillips' current knowledge, OMG sells a screw for use with alternative wood materials under the name of FastenMaster™ TrapEase™ ("the OMG screw"). Annotated photographs of the OMG screw are presented in the Figures below. With reference to Figure 1, the OMG screw is generally designated by numeral (1). The OMG screw (1) has a screw body, or shank, with a head (2) on one end, and a tip (3) on the other end. The tip (3) is on a tapered section or segment of the screw (1). The OMG screw (1) has two threaded sections: a first threaded section (4) closer to the tip (3), and a second threaded section (5) closer to the head (2). Both threaded sections have right hand threads, that is, threads that require the screw to be rotated in a clockwise direction to be inserted into a material. The screw (1) also has a transition section (6), which has no threads, between the first threaded section (4) and the second threaded section (5). A neck (7) is located between the second threaded section (5) and the head (2).



Figure 1

1824865 v1; 1342P01!.DOC

As shown in Figure 2 below, the threaded sections of the OMG screw have specific characteristics. The first threaded section (4) has a "pitch," which is the distance from one crest of the thread to the next crest of the thread. The first threaded section (4) also has a "thread angle," which is the angle formed by two sides (or thread profiles) at the crest of a common thread. The second threaded section (5) also has a "pitch" and a "thread angle." The pitch of the threads on each threaded section is continuous. Also, the thread angle of the threads on each threaded section is substantially similar. The pitch and thread angle of the first threaded section (4) are greater than the pitch and the thread angle of the second threaded section (5).



Figure 2

1824865 v1; 1342P01!.DOC

Different parts of the OMG screw have their own respective diameters, as shown in Figure 3 below. The first threaded section (4) has a diameter, the second threaded section (5) has a diameter, and the head (2) has a diameter. The diameter of the second threaded section (5) is greater than the diameter of the first threaded section (4). Also, the diameter of the head (2) is larger than the diameters of both threaded sections.



Figure 3

1824865 v1; 1342P01!.DOC

As discussed above, the OMG screw has a neck (7) which is located between the second threaded section (5) and the head (2). As shown in Figure 4 presented below, the neck (7) has leading surfaces, that is, surfaces that face the material in the direction of entry. The leading surfaces are tapered from the second threaded section (5) toward the head (2), that is, the diameter of the neck gets larger from the second threaded section (5) toward the head (2).



Figure 4

7

With reference to Figure 5 below, the head (2) of the OMG screw has a recess. The recess in the head (2) of the screw is to accommodate a driving tool, such a screwdriver, for inserting the screw into a material.



Figure 5

The following charts show a comparison between the asserted claims of the '638 patent and the OMG screw. The limitations of the claims of the '638 patent are shown in the left columns of the charts. The corresponding right columns show the respective features of the OMG screw which meet the claim limitations. The features of the OMG screw are discussed with reference to Figures 1 through 5 and the associated discussion above, and measurements which are discussed in Section II below.

| Claim 1 | The OMG screw |
|---|---|
| A screw comprising: a shank having a head end and a point end; | The OMG screw has a shank with a head (2) on one end and a point or tip (3) on the other end, as discussed above with reference to Figure 1. |
| said shank having a first threaded section and a second threaded section, said first threaded section being closer to said point end than said second threaded section; | The OMG screw has a first threaded section (4) and a second threaded section (5), where the first threaded section (4) is closer to the point or tip (3), as discussed above with reference to Figure 1. |
| said first threaded section having threads that have a first pitch, said second threaded | The first threaded section (4) of the OMG screw has a first pitch and the second threaded |

| | |
|---|---|
| section having threads that have a second pitch, wherein said first pitch is greater than said second pitch; | section (5) has a second pitch, as discussed above with reference to Figure 2. According to measurements, the first pitch is greater than the second pitch. |
| said first threaded section having a first thread diameter, said second threaded section having a second thread diameter larger than said first thread diameter, and said head having a third diameter, said third diameter being greater than said first and second diameters; and | The first threaded section (4) of the OMG screw has a first thread diameter, the second threaded section (5) has a second thread diameter, and the head (2) has a third diameter, as discussed above with reference to Figure 3. According to measurements, the second thread diameter is larger than the first thread diameter, and the third diameter is larger than the first and second thread diameters. |
| said first threaded section having a first thread angle, said second threaded section having a second thread angle smaller than said first thread angle. | The first threaded section (4) of the OMG screw has a fist thread angle and the second threaded section (5) has a second thread angle, as discussed above with reference to Figure 2. According to measurements, the second thread angle is smaller than the first thread angle. |

| Claim 2 | The OMG screw |
|---|---|
| The screw as in claim 1 further comprising a neck section extending between said head and said threaded sections. | The OMG screw meets every limitation of claim 1, as discussed above. The OMG screw also has a neck section (7) that extends between the head (2) and the threaded sections (4), (5), as discussed above with reference to Figure 1. |

| Claim 3 | The OMG screw |
|---|---|
| The screw as in claim 2, wherein said neck has leading surfaces, said leading surfaces being substantially tapered to increase in diameter in a direction from said threaded sections towards said head. | The OMG screw meets every limitation of claim 2, as discussed above. The neck section (7) of the OMG screw also has leading surfaces, as discussed above with reference to Figure 4. The leading surfaces are substantially tapered to increase in diameter in a direction from the threaded sections (4), (5) towards the head (2), according to a visual |

9

|  | observation of the OMG screw. |
|---|---|

| Claim 5 | The OMG screw |
|---|---|
| The screw as in claim 1 wherein said first threaded section and said second threaded section are separated by a transition section having no threads. | The OMG screw meets every limitation of claim 1, as discussed above. The first threaded section (4) and the second threaded section (5) of the OMG screw are also separated by a transition section (6) which has no threads, as discussed above with reference to Figure 1. |

| Claim 6 | The OMG screw |
|---|---|
| The screw as in claim 1 wherein said first threaded section and said second threaded section have right hand threads. | The OMG screw meets every limitation of claim 1, as discussed above. The first threaded section (4) and the second threaded section (5) of the OMG screw have right hand threads as discussed above with reference to Figure 1, and according to a visual observation of the OMG screw. |

| Claim 7 | The OMG screw |
|---|---|
| The screw as in claim 1 wherein said point end includes a tapered segment. | The OMG screw meets every limitation of claim 1, as discussed above. The point or tip (3) of the OMG screw is on a tapered segment as discussed above with reference to Figure 1, and according to a visual observation of the OMG screw. |

10

| Claim 10 | The OMG screw |
|---|---|
| A screw comprising: a shank having a head end and a point end on a tapered section, | The OMG screw has a shank with a head (2) and a point or tip (3) on a tapered section of the screw, as discussed above with reference to Figure 1. |
| said head end having a recess to accommodate a driving tool; | The OMG screw has a recess in the head (2) to accommodate a driving tool, as discussed above with reference to Figure 5. |
| said shank having a first threaded section and a second threaded section, said first threaded section being closer to said point end than said second threaded section; | The OMG screw has a first threaded section (4) and a second threaded section (5), where the first threaded section (4) is closer to the point or tip (3) than the second threaded section (5), as discussed above with reference to Figure 1. |
| said first threaded section having right-hand threads that have a first pitch, said second threaded section having right-hand threads that have a second pitch smaller than said first pitch; | The first threaded section (4) of the OMG screw has a first pitch and the second threaded section (5) has a second pitch, as discussed above with reference to Figure 2. According to measurements, the second pitch is smaller than the first pitch. Also, the first and second threaded sections have right-hand threads as discussed above with reference to Figure 1, and according to a visual observation of the OMG screw. |
| said first threaded section having a first thread diameter, said second threaded section having a second thread diameter larger than said first thread diameter, and said head having a third diameter larger than said first and second diameters; | The first threaded section (4) of the OMG screw has a first thread diameter, the second threaded section (5) has a second thread diameter, and the head (2) has a third diameter, as discussed above with reference to Figure 3. According to measurements, the second thread diameter is larger than the first thread diameter, and the third diameter is larger than the first and second thread diameters. |
| said first threaded section having a first thread angle, said second threaded section having a second thread angle smaller than said first thread angle; and | The first threaded section (4) of the OMG screw has a first thread angle and the second threaded section (5) has a second thread angle, as discussed above with reference to Figure 2. According to measurements, the second thread angle is smaller than the first thread angle. |
| said shank having a transition section with no threads between said first and second threaded sections, | The shank of the OMG screw has a transition section (6) with no threads between the first threaded section (4) and the second threaded section (5), as discussed above with |

11

|  | reference to Figure 1. |
|---|---|
| and a neck section extending between said head and said second threaded section, said neck having a leading surface, said leading surface being substantially tapered to increase in diameter in a direction from said second threaded section towards said head. | The OMG screw has a neck section (7) that extends between the head (2) and the second threaded section (5), as discussed above with reference to Figure 1. The neck has a leading surface as discussed above with reference to Figure 4. The leading surface is substantially tapered to increase in diameter in a direction from the second threaded section (5) towards the head (2), according to a visual observation of the OMG screw. |

| Claim 11 | The OMG screw |
|---|---|
| A screw for clamping two structures to each other, comprising: | The OMG screw is a screw for clamping two structures to each other. |
| a shank having a head end, a point end, | The OMG screw has a shank with a head (2) and a point (3), as discussed above with reference to Figure 1. |
| a first threaded section and a second threaded section, said first threaded section being closer to said point end than said second threaded section; | The OMG screw has a first threaded section (4) and a second threaded section (5), where the first threaded section (4) is closer to the point (3) than the second threaded section (5), as discussed above with reference to Figure 1. |
| a transition section having no threads between said first and second threaded sections, | The shank of the OMG screw has a transition section (6) with no threads between the first threaded section (4) and the second threaded section (5), as discussed above with reference to Figure 1. |
| and a neck section extending between said head and said second threaded section, said neck having a leading surface, said leading surface being substantially tapered to increase in diameter in a direction from said second threaded section towards said head; | The OMG screw has a neck section (7) that extends between the head (2) and the second threaded section (5), as discussed above with reference to Figure 1. The neck has a leading surface as discussed above with reference to Figure 4. The leading surface is substantially tapered to increase in diameter in a direction from the second threaded section (5) towards the head (2), according to a visual observation |

1824865 v1; 1342P01!.DOC

|  | of the OMG screw. |
|---|---|
| wherein said first threaded section has right-hand threads that have a first pitch and said second threaded section has right-hand threads that have a second pitch which is smaller than said first pitch, | The first threaded section (4) of the OMG screw has a first pitch and the second threaded section (5) has a second pitch, as discussed above with reference to Figure 2. According to measurements, the second pitch is smaller than the first pitch. The first and second threaded sections have right-hand threads as discussed above with reference to Figure 1, and according to a visual observation of the OMG screw. |
| and wherein said first threaded section has a first thread angle and said second threaded section has a second thread angle smaller than said first thread angle; | The first threaded section (4) of the OMG screw has a first thread angle and the second threaded section (5) has a second thread angle, as discussed above with reference to Figure 2. According to measurements, the second thread angle is smaller than the first thread angle. |
| and wherein said threaded sections each have a length such that when said head is adapted to be seated in one structure, said first threaded section is adapted to be completely within the other structure. | The threaded sections of the OMG screw each have a length such that when the head (2) is seated in one structure, said first threaded section (4) is completely within the other structure. The OMG screw is intended for use with standard sized lumber used for top surfaces of decks. A standard piece of top surface lumber is one inch thick, and is secured to a base structure. According to measurements and industry practice, when the head (2) of the OMG screw is seated in the top piece of lumber, the first threaded section (4) is completely within the base structure. |

| Claim 12 | The OMG screw |
|---|---|
| A screw comprising: a shank having a head end and a point end on a tapered section, | The OMG screw has a shank with a head (2) and a point or tip (3) on a tapered section of the screw, as discussed above with reference to Figure 1. |
| said head end having a recess to accommodate a driving tool; | The OMG screw has a recess in the head (2) to accommodate a driving tool, as discussed above with reference to Figure 5. |

13

| | |
|---|---|
| said shank having a first threaded section, a second threaded section, and a transition section between said first threaded section and said second threaded section, said first threaded section being closer to said point end than said second threaded section; | The OMG screw has a first threaded section (4) and a second threaded section (5), where the first threaded section (4) is closer to the point or tip (3), as discussed above with reference to Figure 1. The shank of the OMG screw also has a transition section (6) between the first threaded section (4) and the second threaded section (5), as discussed above with reference to Figure 1. |
| said first threaded section having threads with a continuous first pitch, said second threaded section having threads with a continuous second pitch smaller than said first pitch; | The first threaded section (4) of the OMG screw has a continuous first pitch and the second threaded section (5) has a continuous second pitch, as discussed above with reference to Figure 2, and according to measurements and industry practice. According to measurements, the second pitch is smaller than the first pitch. |
| said first threaded section having a first thread diameter, said second threaded section having a second thread diameter larger than said first thread diameter, and said head having a third diameter larger than said first and second diameters; | The first threaded section (4) of the OMG screw has a first thread diameter, the second threaded section (5) has a second thread diameter and the head (2) has a third diameter, as discussed above with reference to Figure 3. According to measurements, the second thread diameter is larger than the first thread diameter, and the third diameter is larger than the first and second thread diameters. |
| said first threaded section having a first thread angle, said second threaded section having a second thread angle smaller than said first thread angle; | The first threaded section (4) of the OMG screw has a first thread angle and the second threaded section (5) has a second thread angle, as discussed above with reference to Figure 2. According to measurements, the second thread angle is smaller than the first thread angle. |
| a neck section extending between said head and said second threaded section, said neck being substantially tapered to increase in diameter in a direction from said second threaded section towards said head. | The OMG screw has a neck section (7) that extends between the head (2) and the second threaded section (5), as discussed above with reference to Figure 1. The neck section (7) is substantially tapered to increase in diameter in a direction from the second threaded section (5) towards the head (2), according to visual observation of the OMG screw as discussed above with respect to Figure 4. |

14

| Claim 13 | The OMG screw |
|---|---|
| A screw comprising: a shank having a head end and a point end on a tapered section, | The OMG screw has a shank with a head (2) and a point or tip (3) on a tapered section of the screw, as discussed above with reference to Figure 1. |
| said head end having a recess to accommodate a driving tool; | The OMG screw has a recess in the head (2) to accommodate a driving tool, as discussed above with reference to Figure 5. |
| said shank having a first threaded section, a second threaded section, and a transition section between said first threaded section and said second threaded section, said first threaded section being closer to said point end than said second threaded section; | The OMG screw has a first threaded section (4) and a second threaded section (5), where the first threaded section (4) is closer to the point or tip (3), as discussed above with reference to Figure 1. The shank of the OMG screw also has a transition section (6) between the first threaded section (4) and the second threaded section (5), as discussed above with reference to Figure 1. |
| said first threaded section having threads with a substantially continuous first pitch, said second threaded section having threads with a substantially continuous second pitch smaller than said first pitch; | The first threaded section (4) of the OMG screw has a substantially continuous first pitch and the second threaded section (5) has a substantially continuous second pitch, as discussed above with reference to Figure 2, and according to measurements and industry practice. According to measurements, the second pitch is smaller than the first pitch. |
| said first threaded section having a first thread diameter, said second threaded section having a second thread diameter larger than said first thread diameter, and said head having a third diameter larger than said first and second diameters; | The first threaded section (4) of the OMG screw has a first thread diameter, the second threaded section (5) has a second thread diameter and the head (2) has a third diameter, as discussed above with reference to Figure 3. According to measurements, the second thread diameter is larger than the first thread diameter, and the third diameter is larger than the first and second thread diameters. |
| said first threaded section threads having a substantially similar first thread angle, said second threaded section threads having a substantially similar second thread angle smaller than said first thread angle; and | The first threaded section (4) of the OMG screw has a substantially similar first thread angle and the second threaded section (5) has a substantially similar second thread angle, as discussed above with reference to Figure 2, and according to measurements and industry practice. According to measurements, the |

15

|  | second thread angle is smaller than the first thread angle. |
|---|---|
| a neck section extending adjacent said second threaded section. | The OMG screw has a neck section (7) that extends adjacent the second threaded section (5), as discussed above, as discussed above with reference to Figure 1. |

## II. INFORMATION RELIED UPON FOR INFRINGEMENT CONTENTIONS

At present, Phillips relied on various information in advancing each of its infringement contentions. Phillips relied on visual observation of the OMG screw for many of the contentions above, including contentions that the OMG screw has components including: multiple threaded sections; a head having a recess; a point end; a neck having substantially tapered leading surfaces; a transition section; a tapered tip; and first and second threaded sections having right hand threads. Phillips also relied on visual observations of the OMG screw for the contentions related to shape and relative location of the various components of the OMG screw.

Phillips relied on mechanical measurements of the OMG screw for contentions related to diameters, thread pitches and thread angles of the OMG screw. Mechanical measurements of the OMG screw were performed using various instruments including: digital measuring devices; optical comparators; toolmakers' microscopes; pitch gauges; calipers; and rulers.

16

Phillips also relied on the claims of the '638 patent, the specification and drawings, and the prosecution history of the '638 patent to prove infringement and the understanding of the asserted claim limitations. Phillips also relied on knowledge regarding industry practice and manufacturing of screws for several of its contentions, including contentions related to thread pitches and thread angles.

Phillips also believes that further discovery in the case and expert evidence will provide further support for its infringement contentions.

### III. RANKING IN ORDER OF IMPOTANCE OF INFRINGED CLAIMS

Phillips intends to assert claims 1-3, 5-7 and 10-13 of the '638 patent against OMG. Discovery in this case has just begun, and at this time it is premature to state precisely which claims are more important than others regarding infringement. At present, it appears that the infringement allegations are equally strong of all of the asserted claims. Further analysis of all of OMG's products and OMG's contentions regarding invalidity may affect which of the asserted claims are more important than others. However, the following is a preliminary ranking of claims, in order of importance, which Phillips intends to litigate. The asserted claims are divided among three groups, A, B and C, where group A is most important. Claims within each group are listed sequentially from most important to least important.

Group A: claim 1; claim 2; claim 5; claim 6; and claim 7.
Group B: claim 3; claim 10; claim 12; and claim 13.

17

Group C: claim 11.

Phillips reserves the right to change the above ranking of claims in view of future developments in this litigation.

Dated: September 30, 2004                    Respectfully Submitted,

Charles W. Saber (admitted Pro Hoc Vice)
Donald A. Gregory (admitted Pro Hoc Vice)
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street NW
Washington, D.C. 20037-1526
Telephone: (202) 861-9116
Facsimile: (202) 887-0689

By: _____
Christopher Weld, Jr. (BBO # 522230)
Raymond P. Ausrotas (BBO # 640315)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
Telephone: (617) 720-2626
Facsimile: (617) 227-5777

Counsel for Plaintiff
Phillips Screw Company

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 9.30.04

18