UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Phillips Screw Company, § <br> § <br> Plaintiff, § <br> § Civil Action No. 04 CV 10540 RGS <br> v. § <br> § <br> Olympic Manufacturing Group, Inc., § <br> § (Jury Trial Demanded) <br> § <br> Defendant. § | |

### PLAINTIFF'S ASSENTED-TO-MOTION TO ADMIT PETER A. VEYTSMAN *PRO HAC VICE*

Plaintiff Phillips Screw Company ("Phillips"), through the undersigned counsel, moves this Court to admit Peter A. Veytsman to practice *pro hac vice* for purposes of the above-captioned matter pursuant to Local Rule 83.5.3(b). As grounds for this motion, Phillips states:

1. The undersigned counsel are associated with the law firm of Todd & Weld LLP and are members in good standing of the Bar of the United States District Court for the District of Massachusetts.

2. Peter A. Veytsman is an attorney with the law firm of Dickstein Shapiro Morin and Oshinsky, LLP of Washington, DC and, together with counsel from Todd & Weld LLP, represents Plaintiff in this action.

3. As shown by his affidavit attached hereto as Exhibit A (i) Attorney Veytsman is a member in good standing in every jurisdiction where he has been admitted to practice, (ii) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and (iii) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.  The undersigned will serve as local counsel to Attorney Veytsman for Plaintiff in this matter.

5.  The Defendant has assented to the motion.

Wherefore, Plaintiff Phillips respectfully requests an Order admitting Attorney Veytsman to practice in this action *pro hac vice*.

Respectfully submitted,

PHILLIPS SCREW COMPANY,
By it attorneys,

_____
Christopher Weld, Jr. (BBO # 522230)
Raymond P. Ausrotas (BBO # 640315)
TODD & WELD LLP
28 State Street
Boston, MA 02109
Tel. No. (617) 720-2626

DATED:   October 25, 2004

## CERTIFICATE OF SERVICE

I, Raymond P. Ausrotas, hereby certify that on this 25th day of October, 2004, I caused a copy of Plaintiff's Assented-to-Motion to Admit Peter A. Veytsman *Pro Hac Vice* to be served by First Class Mail and by electronic means in accordance with Court procedure on counsel for Defendant.

_____
Raymond P. Ausrotas