UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Phillips Screw Company, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 04 CV 10540 RGS |
| v. § | |
| § | |
| Olympic Manufacturing Group, Inc., § | |
| § | (Jury Trial Demanded) |
| § | |
| Defendant. § | |

## AFFIDAVIT OF PETER A. VEYTSMAN, ESQUIRE

I, Peter A. Veytsman, Esquire, being duly sworn, depose and say as follows:

1. I am over the age of eighteen (18), and I am competent to be a witness and I have personal knowledge of the facts and matters stated herein.

2. I am a member of the Bar in good standing for the jurisdictions of Virginia, New Jersey, District of Columbia, and the United States District Court for the District of New Jersey.

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction where I have been admitted to practice or in any other jurisdiction.

4. I have read and am familiar with the local rules of this Court.

SIGNED UNDER THE PENALTIES OF PERJURY ON THIS __8__ DAY OF September 2004.

_____
Peter A. Veytsman