IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Phillips Screw Company, | § § § | |
| Plaintiff, | § § | Civil Action No. 04 CV 10540 RGS |
| v. | § § | |
| Olympic Manufacturing Group, Inc., | § § | (Jury Trial Demanded) |
| Defendant. | § § | |

### JOINT MOTION TO STAY LITIGATION FOR NINETY DAYS

Plaintiff Phillips Screw Company ("Phillips") and Defendant Olympic Manufacturing Group, Inc. ("OMG") jointly move this Court for an Order staying this litigation for ninety days and extending all deadlines in the current scheduling order for the same period of time. The parties believe this approach will allow for a cooperative resolution of this matter. To the extent that the Court desires to hear additional information in support of this Joint Motion, the parties believe that this would require the disclosure of Confidential or Highly Confidential information. As a result the parties have separately filed a Joint Motion for leave to file a Confidential Memorandum in support of this stay, which the Court may grant if it so desires further information.

A proposed Order is attached as an Exhibit to this Joint Motion.

Dated: December 7, 2004                          Respectfully submitted,

_Kevin S. Murphy / RPA by permission_            _Christopher Weld, Jr._
Kevin S. Murphy (BBO # 638335)                   Christopher Weld, Jr. (BBO # 522230)
YURKO & SALVESEN, P.C.                           Raymond P. Ausrotas (BBO # 640315)
One Washington Mall, 11th Floor                  Todd & Weld LLP
Boston, Massachusetts 02108-2603                 28 State Street, 31st Floor
Telephone: (617) 723-6900                        Boston, MA 02109
Facsimile: (617) 723-2905                        Telephone: (617) 720-2626
                                                 Facsimile: (617) 227-5777

*/s/ Guy D. Yale / RPA by permission*
_____
Guy D. Yale
Thomas J. Menard
ALIX, YALE & RISTAS, LLP
750 Main Street
Hartford, CT 06103
Telephone: (860) 527-9211
Facsimile: (860) 527-5029

Attorneys for Defendant Olympic
Manufacturing Group, Inc.

*/s/ Charles W. Saber / RPA by permission*
_____
Charles W. Saber
Donald A. Gregory
Peter A. Veytsman
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY LLP
2101 L Street, N.W.
Washington, D.C. 20037-1526
Telephone: (202) 861-9116
Facsimile: (202) 887-0689

Attorneys for Plaintiff Phillips Screw
Company

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 12·7·04