IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Phillips Screw Company, | § § § | |
| Plaintiff, | § § | Civil Action No. 04 CV 10540 RGS |
| v. | § § | |
| Olympic Manufacturing Group, Inc., | § § | (Jury Trial Demanded) |
| Defendant. | § § | |

### JOINT MOTION FOR LEAVE TO FILE CONFIDENTIAL MEMORANDUM IN SUPPORT OF JOINT MOTION TO STAY LITIGATION FOR NINETY DAYS UNDER SEAL

Pursuant to LR, D. Mass. 7.2(e), and ¶ 10 of the governing Stipulated Protective Order entered by the Court in this case on October 1, 2004, Plaintiff Phillips Screw Company ("Phillips") and Defendant Olympic Manufacturing Group, Inc. ("OMG") jointly move this Court for leave to file, under seal, a Confidential Memorandum in Support of their motion to stay this litigation for ninety days. To the extent that the Court should require any further information from the parties in its consideration of their Joint Motion to Stay this litigation for ninety days, the parties believe that this would require the disclosure of Confidential or Highly Confidential information under the terms of the governing Protective Order. The information consisting of the parties' confidential information is included in the Confidential Memorandum and accordingly, the parties request that the Court grant the motion to file this Confidential Memorandum under seal.

Dated: December 7, 2004

_Kevin S. Murphy /RPA by permission_
Kevin S. Murphy (BBO # 638335)
YURKO & SALVESEN, P.C.
One Washington Mall, 11th Floor
Boston, Massachusetts 02108-2603
Telephone: (617) 723-6900
Facsimile: (617) 723-2905

Respectfully submitted,

_[signature]_
Christopher Weld, Jr. (BBO # 522230)
Raymond P. Ausrotas (BBO # 640315)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
Telephone: (617) 720-2626
Facsimile: (617) 227-5777

_Guy D. Yale /RPA by permission_
Guy D. Yale
Thomas J. Menard
ALIX, YALE & RISTAS, LLP
750 Main Street
Hartford, CT 06103
Telephone: (860) 527-9211
Facsimile: (860) 527-5029

_Charles W. Saber /RPA by permission_
Charles W. Saber
Donald A. Gregory
Peter A. Veytsman
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY LLP
2101 L Street, N.W.
Washington, D.C. 20037-1526
Telephone: (202) 861-9116
Facsimile: (202) 887-0689

Attorneys for Defendant Olympic
Manufacturing Group, Inc.

Attorneys for Plaintiff Phillips Screw
Company

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 12·7·04