IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Phillips Screw Company, | § § § | |
| Plaintiff, | § § | Civil Action No. 04 CV 10540 RGS |
| v. | § § | |
| Olympic Manufacturing Group, Inc., | § § | (Jury Trial Demanded) |
| Defendant. | § § | |

## ORDER

Upon consideration of the parties' Joint Motion to Stay, it is hereby ORDERED that:

1. This litigation is stayed for ninety days from the date of this Order;

2. The parties shall report in writing to the Court in ninety days in the event that this litigation has not been dismissed; and

3. Either party may move this Court to terminate the stay in less than ninety days as may be necessary;

4. All deadlines in the current scheduling order are extended for a period of an additional ninety days in furtherance of this agreed-upon stay.

SO ORDERED, this 14th day of December 2004.

Richard G. Stearns
United States District Court Judge