IN THE UNTED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Phillips Screw Company,<br><br>    Plaintiff,<br><br>v.<br><br>Olympic Manufacturing Group, Inc.<br><br>    Defendant. | Civil Action No. 04 CV 10540 RGS<br><br>(Jury Trial Demanded) |

## STATUS REPORT AND JOINT MOTION TO EXTEND STAY OF LITIGATION FOR SIXTY DAYS

On December 7, 2004, Plaintiff Phillips Screw Company ("Phillips") and Defendant Olympic Manufacturing Group, Inc. ("OMG") filed a Joint Motion asking the Court to stay this litigation for ninety days to allow the parties to continue negotiations designed to lead to a cooperative resolution of this proceeding. On December 14, 2004, the Court granted the Joint Motion and required the parties to submit a written status report in ninety days if the case were not finally resolved by that time.

The parties are continuing their negotiations and believe that extending the stay for an additional sixty days and extending all deadlines in the current scheduling order for the same period of time will best allow for a cooperative resolution of this matter. To the extent that the Court desires to hear additional information in support of this Joint Motion, the parties believe that this would require the disclosure of Confidential or Highly Confidential Information. The parties, through their attorneys, are available to discuss this matter with the Court, should the Court believe it necessary. Alternatively, the parties are willing to submit, with the Court's permission, a

Confidential Memorandum in support of this motion for a continued stay, which the parties would seek to have impounded by the Court pursuant to LR 7.2 upon its filing. In the event that the Court wishes to receive such further Confidential or Highly Confidential Information by memorandum, the parties move that the accompanying Court order specifically allow such a Confidential Memorandum to be impounded pursuant to LR 7.2 immediately upon its filing with the Clerk, effective until the dismissal or other final termination of the case. The parties further move that the accompanying Court order specifically allow the parties or their counsel to have custody over such a Confidential Memorandum at the time of the expiration of the impoundment period, and that the parties or their counsel be allowed to retrieve the Confidential Memorandum at that time without its being placed in the public file.

Accordingly, the parties jointly move this Court for an Order extending the stay of litigation and all deadlines in the current scheduling order for an additional sixty days  A proposed Order is attached hereto as Exhibit A.

Dated: March 15, 2005

Respectfully submitted,

_____
Kevin S. Murphy (BBO #638335)
YURKO & SALVESEN, P.C.
One Washington Mall, 11th Floor
Boston, Massachusetts 02108-2603
Telephone: (617) 723-6900
Facsimile: (617) 723-2905

_____
Christopher Weld, Jr. (BBO #522230)
Raymond P. Ausrotas (BBO #640315)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, Massachusetts 02109
Telephone: (617) 720-2626
Facsimile: (617) 227-5777

*Guy D. Yale/RPA by permission*
Guy D. Yale
Thomas J. Menard
ALIX, YALE & RISTAS, LLP
750 Main Street
Hartford, CT 06103
Telephone: (860) 527-9211
Facsimile: (860) 527-5029

Attorneys for Defendant Olympic
Manufacturing Group, Inc.

*Charles W. Saber/RPA by permission*
Charles W. Saber
Donald A. Gregory
Peter A. Veytsman
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY LLP
2101 l Street, N.W.
Washington, D.C. 20037-1526
Telephone: (202) 861-9116
Facsimile: (202) 887-0689

Attorneys for Plaintiff Phillips Screw
Company

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (mail) hand on 3.15.05

3