# EXHIBIT A

EXHIBIT A

IN THE UNTED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Phillips Screw Company, | § § § | |
| Plaintiff, | § § | Civil Action No. 04 CV 10540 RGS |
| v. | § § § | |
| Olympic Manufacturing Group, Inc. | § § | (Jury Trial Demanded) |
| Defendant. | § § | |

## ORDER

Upon consideration of the parties' Joint Motion to Extend Stay of Litigation, it is hereby ORDERED that:

1. This litigation is stayed for sixty days from the date of this Order;

2. The parties shall report in writing to the Court in sixty days in the event that this litigation has not been dismissed; and

3. Either party may move this Court to terminate the stay in less than sixty days as may be necessary;

4. All deadlines in the current scheduling order are extended for a period of an additional sixty days in furtherance of this agreed-upon stay.

SO ORDERED, this ____ day of March, 2005.

_____
Richard G. Stearns
United States District Court Judge