IN THE UNTED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Phillips Screw Company,<br><br>Plaintiff,<br><br>v.<br><br>Olympic Manufacturing Group, Inc.<br><br>Defendant. | Civil Action No. 04 CV 10540 RGS<br><br>(Jury Trial Demanded) |

## STATUS REPORT AND JOINT MOTION TO EXTEND STAY OF LITIGATION FOR SIXTY DAYS

On December 7, 2004, Plaintiff Phillips Screw Company ("Phillips") and Defendant Olympic Manufacturing Group, Inc. ("OMG") filed a Joint Motion asking the Court to stay this litigation for ninety days to allow the parties to continue negotiations designed to lead to a cooperative resolution of this proceeding. On December 14, 2004, the Court granted the Joint Motion and required the parties to submit a written status report in ninety days if the case has not been finally resolved. A second Joint Motion was filed on March 15, 2005 and granted by the Court on April 11, 2005.

The parties are continuing the negotiations and believe that extending the stay for an additional sixty days and extending all deadlines in the current scheduling order for the same period of time will best allow for a cooperative resolution of this matter. To the extent that the Court desires to hear additional information in support of this Joint Motion, the parties believe that this would require the disclosure of Confidential or Highly Confidential information. The parties, through their attorneys, are available to discuss this matter with the Court, should the Court believe it necessary.

Alternatively, the parties are willing to submit, with the Court's permission, a Confidential Memorandum under seal in support of this motion for a continued stay.

Accordingly, the parties jointly move this Court for an Order extending the stay of litigation and all deadlines in the current scheduling order for an additional sixty days  A proposed Order is attached hereto.

Dated: June 10, 2005                                           Respectfully submitted,

_____                          _____
Kevin S. Murphy (BBO #638335)                            Christopher Weld, Jr. (BBO #522230)
YURKO & SALVESEN, P.C.                                   Raymond P. Ausrotas (BBO #640315)
One Washington Mall, 11th Floor                          Todd & Weld LLP
Boston, Massachusetts 02108-2603                         28 State Street, 31st Floor
Telephone: (617) 723-6900                                Boston, Massachusetts 02109
Facsimile: (617) 723-2905                                Telephone: (617) 720-2626
                                                         Facsimile: (617) 227-5777


_____                          _____
Guy D. Yale                                              Charles W. Saber
Thomas J. Menard                                         Donald A. Gregory
ALIX, YALE & RISTAS, LLP                                 Peter A. Veytsman
750 Main Street                                          DICKSTEIN SHAPIRO MORIN
Hartford, CT 06103                                          & OSHINSKY LLP
Telephone: (860) 527-9211                                2101 l Street, N.W.
Facsimile: (860) 527-5029                                Washington, D.C. 20037-1526
                                                         Telephone: (202) 861-9116
                                                         Facsimile: (202) 887-0689


Attorneys for Defendant Olympic                          Attorneys for Plaintiff Phillips Screw
Manufacturing Group, Inc.                                Company

IN THE UNTED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Phillips Screw Company, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 04 CV 10540 RGS |
| Olympic Manufacturing Group, Inc. | § § § | (Jury Trial Demanded) |
| Defendant. | § § | |

## ORDER

Upon consideration of the parties' Joint Motion to Extend Stay of Litigation, it is hereby ORDERED that:

1. This litigation is stayed for sixty days from the date of this Order;

2. The parties shall report in writing to the Court in sixty days in the event that this litigation has not been dismissed; and

3. Either party may move this Court to terminate the stay in less than sixty days as may be necessary;

4. All deadlines in the current scheduling order are extended for a period of an additional sixty days in furtherance of this agreed-upon stay.

SO ORDERED, this ____ day of June 2005.

_____
Richard G. Stearns
United States District Court Judge

DSMDB 1937433 1