IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Phillips Screw Company, § § | |
| Plaintiff, § § | Civil Action No. 04 CV 10540 RGS |
| v. § § | |
| Olympic Manufacturing Group, Inc., § § | |
| Defendant. § § | |

## JOINT STATUS REPORT PURSUANT TO COURT ORDER

The parties hereby file this Joint Status Report in response to this Court's order of February 28, 2006, requesting a status report be filed by March 10, 2006.

This case is a patent infringement action. An initial scheduling conference was held on September 1, 2004 and the Court subsequently set discovery and other pre-trial dates in accordance with the parties' joint statement pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1. The parties filed a stipulated Protective Order governing discovery and filing issues on October 1, 2004. This Court entered the Protective Order on November 9, 2004.

Almost immediately thereafter the parties began negotiations, which, if successful, would include a cooperative resolution of this matter. In view of these ongoing negotiations, and in order to conserve legal resources, the parties jointly moved for continuances of the pre-trial schedule. In those motions the parties stated that they were involved in complex negotiations which, if successful, would resolve this litigation. However, in each such motion the parties stated that the particulars of those

negotiations were commercially highly confidential.  Disclosure of such particulars would need to be made pursuant to the Protective Order and thus the parties jointly moved for permission, if the Court needed such information to allow the continuance requests, to provide such further information under seal.  This Court allowed such continuance requests on December 14, 2004, April 11, 2005 and June 16, 2005 without the need for the under-seal filings.

The parties currently continue actively to pursue those negotiations and believe such negotiations will come to a conclusion in the next two to three months.  If successful, those negotiations will result in the resolution of this litigation without further expense.  However, as before, further details of the negotiations are highly sensitive and very confidential.  If this Court desires further specific information, the parties move that the Court enter the attached Draft Order, allowing them to file a follow-on Status Report to be impounded by the clerk immediately upon its filing pursuant to Local Rule 7.2, and to remain impounded until the dismissal or other final termination of this case.  The order further allows the parties or their counsel custody over the Status Report at the expiration of the impoundment period, and allows the parties to retrieve the Status Report at that time without its being placed in the public file.

WHEREFORE, the parties submit this Joint Status Report, and request that if further information is required, the Court enter the Draft Order attached hereto.

Dated: March 10, 2006

| | |
|---|---|
| s/Kevin S. Murphy/ | s/Raymond P. Ausrotas/ |
| _____ | _____ |
| Kevin S. Murphy (BBO # 638335) | Christopher Weld, Jr. (BBO # 522230) |
| YURKO, SALVESEN & REMZ, P.C. | Raymond P. Ausrotas (BBO # 640315) |
| One Washington Mall, 11th Floor | Todd & Weld LLP |
| Boston, Massachusetts 02108-2603 | 28 State Street, 31st Floor |
| Telephone: (617) 723-6900 | Boston, MA 02109 |
| Facsimile: (617) 723-2905 | Telephone: (617) 720-2626 |
| | Facsimile: (617) 227-5777 |
| | |
| Guy D. Yale | Charles W. Saber |
| Thomas J. Menard | Donald A. Gregory |
| ALIX, YALE & RISTAS, LLP | Peter A. Veytsman |
| 750 Main Street | DICKSTEIN SHAPIRO MORIN |
| Hartford, CT 06103 |    & OSHINSKY LLP |
| Telephone: (860) 527-9211 | 2101 L Street, N.W. |
| Facsimile: (860) 527-5029 | Washington, D.C. 20037-1526 |
| | Telephone: (202) 861-9116 |
| | Facsimile: (202) 887-0689 |
| | |
| Attorneys for Defendant Olympic Manufacturing Group, Inc. | Attorneys for Plaintiff Phillips Screw Company |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Phillips Screw Company, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 04 CV 10540 RGS |
| v. § | |
| § | |
| Olympic Manufacturing Group, Inc., § | |
| § | |
| Defendant. § | |

## **(DRAFT) ORDER**

Upon consideration of the parties Joint Status Report Pursuant To Court Order filed on March 10, 2006, it is hereby ORDERED that:

1. The Court requires further details regarding the matters discussed in the Joint Status Report Pursuant To Court Order;

2. The parties shall file a follow-on Status Report detailing such information by _____;

3. The Status Report filed pursuant to this Order shall be immediately impounded by the Clerk upon its filing;

4. The Status Report shall remain impounded until the dismissal or other final disposition of this matter; and

5. At the end of the impoundment period, the parties or their counsel shall be entitled to custody of the Status Report and may retrieve it from the Clerk without its being placed in the public file.

SO ORDERED, this _____ day of _____, 2006.

_____
Richard G. Stearns
United States District Court Judge