IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Phillips Screw Company, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 04 CV 10540 RGS |
| v. § | |
| § | |
| Olympic Manufacturing Group, Inc., § | |
| § | |
| Defendant. § | |

## ~~(DRAFT)~~ ORDER

Upon consideration of the parties Joint Status Report Pursuant To Court Order filed on March 10, 2006, it is hereby ORDERED that:

1. The Court requires further details regarding the matters discussed in the Joint Status Report Pursuant To Court Order;

2. The parties shall file a follow-on Status Report *briefly* detailing such information by **4-15-06**; *RGS*

3. The Status Report filed pursuant to this Order shall be immediately impounded by the Clerk upon its filing;

4. The Status Report shall remain impounded until the dismissal or other final disposition of this matter; and

5. At the end of the impoundment period, the parties or their counsel shall be entitled to custody of the Status Report and may retrieve it from the Clerk without its being placed in the public file.

SO ORDERED, this **21st** day of **March**, 2006.

/s/ Richard G. Stearns

Richard G. Stearns
United States District Court Judge