IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Phillips Screw Company, | § § § | |
| Plaintiff, | § | Civil Action No. 04 CV 10540 RGS |
| v. | § § | |
| Olympic Manufacturing Group, Inc. | § § | (Jury Trial Demanded) |
| Defendant. | § § | |

## STATUS REPORT

After the Court has allowed a stay of this litigation in order for the parties to negotiate a potential resolution, Plaintiff Phillips Screw Company and Defendant Olympic Manufacturing Group, Inc. are pleased to report to the Court that this matter has been resolved by mutual agreement. Accordingly, the parties will separately file a stipulation of dismissal.

Dated: December 29, 2006

Respectfully submitted,

**Attorneys for Defendant,
Olympic Manufacturing Group, Inc.**

/s/ Kevin S. Murphy
---
Kevin S. Murphy (BBO #638335)
YURKO, SALVESEN & REMZ, PC
One Washington Mall, 11th Floor
Boston, Massachusetts  02108-2603
Telephone:  (617) 723-6900
Facsimile:  (617) 723-2905

**Attorneys for Plaintiff,
Phillips Screw Company**

　/s/ Raymond P. Ausrotas
Christopher Weld, Jr. (BBO #522230)
Raymond P. Ausrotas (BBO #640315)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, Massachusetts 02109
Telephone: (617) 720-2626
Facsimile: (617) 227-5777

-and

　/s/ Charles W. Saber
Charles W. Saber
Donald A. Gregory
Peter A. Veytsman
DICKSTEIN SHAPIRO MORIN
　　& OSHINSKY LLP
2101 l Street, N.W.
Washington, D.C. 20037-1526
Telephone: (202) 861-9116
Facsimile: (202) 887-0689

### CERTIFICATE OF SERVICE

By signing below, I, Raymond P. Ausrotas, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date:

Date: December 29, 2006　　　　　　　　　　　　　　/s/ Raymond P. Ausrotas