UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILLIPS SCREW COMPANY, )<br>　　Plaintiff, )<br> )<br>v. )<br> )<br>OLYMPIC MANUFACTURING )<br>GROUP, INC., )<br>　　Defendants. )<br> ) | Civil Action<br>No. 04 CV 10540 RGS |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff PHILLIPS SCREW COMPANY, and Defendant OLYMPIC MANUFACTURING GROUP, INC., now known as OMG, INC., by and through their attorneys, hereby stipulate that the above-identified proceedings, including all claims and counterclaims, be dismissed without prejudice, waiving all rights to appeal and with each party to bear its own costs and attorneys fees.

Dated: January 10, 2007

s/Kevin S. Murphy/　　　　　　　　　　　　s/Raymond P. Ausrotas/

Kevin S. Murphy (BBO # 638335)　　　　　Christopher Weld, Jr. (BBO # 522230)
YURKO, SALVESEN & REMZ, P.C.　　　　Raymond P. Ausrotas (BBO # 640315)
One Washington Mall, 11th Floor　　　　　Todd & Weld LLP
Boston, Massachusetts 02108-2603　　　　28 State Street, 31st Floor
Telephone: (617) 723-6900　　　　　　　　Boston, MA 02109
Facsimile: (617) 723-2905　　　　　　　　Telephone: (617) 720-2626
　　　　　　　　　　　　　　　　　　　　Facsimile: (617) 227-5777

| | |
|---|---|
| Guy D. Yale<br>Thomas J. Menard<br>ALIX, YALE & RISTAS, LLP<br>750 Main Street<br>Hartford, CT  06103<br>Telephone: (860) 527-9211<br>Facsimile: (860) 527-5029 | Charles W. Saber<br>Donald A. Gregory<br>Peter A. Veytsman<br>DICKSTEIN SHAPIRO MORIN<br>  & OSHINSKY LLP<br>2101 L Street, N.W.<br>Washington, D.C.  20037-1526<br>Telephone: (202) 861-9116<br>Facsimile: (202) 887-0689 |
| Attorneys for Defendant Olympic Manufacturing Group, Inc. | Attorneys for Plaintiff Phillips Screw Company |